1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOSHO FASHION, INC.; *et al*.<br><br>Defendants. | Case No.: CV15-1293-CBM (AGRx)<br><u>Honorable Consuelo B. Marshall Presiding</u><br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE [JS-6]** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

**IT IS SO ORDERED.**

Dated: November 16, 2015    By: _____
                                HON. CONSUELO B. MARSHALL
                                UNITED STATES DISTRICT JUDGE